```
                                                              USDC SDNY
                                                              DOCUMENT
                                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                                  DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                                 DATE FILED: 10/27/2025
------------------------------------------------------------- X
                                                  :
PATRICIA LOGAN,                                   :
                                                  :
                                Plaintiff,        :           1:25-cv-5719-GHW
                                                  :
                -v-                               :           ORDER
                                                  :
AHRC NEW YORK CITY, et al.,                       :
                                                  :
                                Defendants.       :
                                                  :
------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

On August 25, 2025, the Court dismissed Plaintiff's complaint for failure to state a claim and granted her leave to file an amended complaint. Dkt. No. 6. That order set a deadline of sixty days from the date of that order, *i.e.*, October 24, 2025. On October 22, 2025, Plaintiff requested an extension to file an amended complaint. Dkt. No. 8. She also filed what appears to be an amended complaint. Dkt. No. 7. The Court construes Plaintiff as both requesting an extension of time to file an amended complaint and filing a complaint she intends to be the operative complaint should the Court deny her requested extension.

Plaintiff's request for an extension to file her amended complaint is granted, and any amended complaint must be filed no later than November 24, 2025. If Plaintiff does not file an amended complaint by that date, the Court will treat the complaint filed at Dkt. No. 7 to be the operative complaint in this case. If Plaintiff files an amended complaint, Defendant's deadline to answer or otherwise respond to that complaint is fourteen days after the amended complaint is filed. If no amended complaint is filed by November 24, 2025, the deadline for Defendant to respond is December 8, 2025.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: October 27, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge