```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
PATRICIA LOGAN,                                                  :
                                                                 :
                                    Plaintiff,                   :    1:25-cv-5719-GHW
                                                                 :
               -v-                                               :    ORDER
                                                                 :
AHRC NEW YORK CITY, *et al.*,                                    :
                                                                 :
                                    Defendants.                  :
                                                                 :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On November 20, 2025, Plaintiff requested an extension to file an amended complaint. Dkt. No. 10. Plaintiff's request for an extension to file her amended complaint is granted, and any amended complaint must be filed no later than December 8, 2025. As the Court noted in its prior order granting Plaintiff's prior request for an extension, Dkt. No. 9, if Plaintiff does not file an amended complaint by that date, the Court will treat the complaint filed at Dkt. No. 7 to be the operative complaint in this case. If Plaintiff files an amended complaint, Defendant's deadline to answer or otherwise respond to that complaint is fourteen days after the amended complaint is filed. If no amended complaint is filed by December 8, 2025, the deadline for Defendant to respond is December 22, 2025

The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: November 24, 2025

_____
GREGORY H. WOODS
United States District Judge