UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
+-------------------------------------------------+
| PATRICIA LOGAN,                                 |
|                                                 |
|                              Plaintiff,         |
|                                                 |
|                   -against-                     |
|                                                 |
| AHRC - NEW YORK CITY; CEO MARCO                 |
| DANIANI; ROSA RON; TRACY-ANN                    |
| ADAMS, MSA,                                     |
|                                                 |
|                              Defendants.        |
+-------------------------------------------------+
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/29/2026

25-CV-5719 (GHW)

ORDER OF SERVICE

GREGORY H. WOODS, United States District Judge:

Plaintiff, who is appearing *pro se*, alleges that her employer discriminated against her on

the basis of her sex, age, and disability in violation of Title VII of the Civil Rights Act of 1964,

42 U.S.C. §§ 2000e-2000e-17, the Age Discrimination in Employment Act of 1967 (ADEA), the

Americans with Disabilities Act of 1990 (ADA), the Rehabilitation Act of 1973, 29

U.S.C.§§ 701-796, and the New York State and City Human Rights Laws. She also asserts

claims of retaliation. By order dated July 17, 2025, the Court granted Plaintiff's request to

proceed *in forma pauperis* (IFP), that is, without prepayment of fees.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, she is entitled to assistance

from the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119,

123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants AHRC NYC, Marco Damiani, Rosa Ron, and Tracy-Ann Adams through the U.S. Marshals Service, the Clerk of Court is instructed to fill out U.S. Marshals Service Process Receipt and Return forms (USM-285 form) for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to mail an information package to Plaintiff.

The Clerk of Court is further instructed to issue summonses for AHRC NYC, Marco Damiani, Rosa Ron, and Tracy-Ann Adams, complete the USM-285 form with the addresses for Defendants, and deliver to the U.S. Marshals Service all documents necessary to effect service.

3

Plaintiff may consent to accept service of documents in this case by email, instead of regular mail, by completing the attached form, Consent to Electronic Service.

SO ORDERED.

Dated:   January 29, 2026
         New York, New York

_____
GREGORY H. WOODS
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1.    AHRC NYC
      83 Maiden Lane, 7th Floor
      New York, NY 10038

2.    Marco Damiani, Chief Executive Officer
      AHRC NYC
      83 Maiden Lane, 7th Floor
      New York, NY 10038

3.    Rosa Ron
      AHRC NYC
      83 Maiden Lane, 7th Floor
      New York, NY 10038

4.    Tracy-Ann Adams
      AHRC NYC
      83 Maiden Lane, 7th Floor
      New York, NY 10038