UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2026

PATRICIA LOGAN,

                              Plaintiff,

              -against-

AHRC - NEW YORK CITY; CEO MARCO
DANIANI; ROSA RON; TRACY-ANN ADAMS,
MSA,

                              Defendants.

25-CV-5719 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

Because Plaintiff has been granted permission to proceed IFP, she is entitled to assistance from the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

The Court first directed the Clerk of Court to issue summonses for AHRC NYC, Marco Damiani, Rosa Ron, and Tracy-Ann Adams, to fill out a USM-285 form, to deliver to the Marshals Service all paperwork necessary for the Marshals Service to effect service upon Defendants and to mail an information package to Plaintiff on January 29, 2026. Dkt. No. 14. The Court understands that the Clerk of Court undertook these steps, and an information package was mailed to Plaintiff. *See* Dkt. No. 15. However, on March 10, 2026, Plaintiff informed the Court she had not received the package. Dkt. No. 16. Accordingly, the Court directs the Clerk to mail the package to Plaintiff once more.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

The Court reminds Plaintiff that if the complaint is not served within 90 days after the date summonses are issued, she must request an extension of time for service if she seeks to pursue her claims. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

The Clerk of Court is directed to mail an information package as specified in the Court's prior order, Dkt. No. 14, to Plaintiff. The Clerk of Court is also directed to mail a copy of this order to Plaintiff. Plaintiff may consent to accept service of documents in this case by email, instead of regular mail, by completing the attached form, Consent to Electronic Service.

SO ORDERED.

Dated:   March 11, 2026
         New York, New York

_____
GREGORY N. WOODS
United States District Judge

2