USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

PATRICIA LOGAN,

                             Plaintiff,

               -v-                                   1:25-cv-5719-GHW

AHRC – NEW YORK CITY, *et al.*,

                        Defendants.

                                    ORDER

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on May 28, 2026, Defendants are granted leave to file a motion to dismiss Plaintiff's amended complaint. Dkt. No. 23. The deadline for Defendants to file and serve their motion is June 29, 2026. Plaintiff's opposition is due no later than four weeks following the date of service of the motion. If Plaintiff fails to timely file an opposition, the Court will resolve the motion as unopposed. Defendants' reply, if any, must be filed no later than two weeks following date of service of opposition.

As stated on the record, the Court finds that there is good cause to stay discovery pending briefing and resolution of the motion to dismiss. Accordingly, the Court grants Defendants' request to stay discovery deadlines pending resolution of the motion to dismiss.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: May 28, 2026
       New York, New York

                                       _____
                                        GREGORY H. WOODS
                                    United States District Judge