USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA LOGAN,

Plaintiff,

-v-

AHRC – NEW YORK CITY, *et al.*,

Defendants.

1:25-cv-5719-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On June 29, 2026, Defendants moved to dismiss Plaintiff's amended complaint. Dkt. No. 26. On July 23, 2026, Plaintiff filed an amended complaint, Dkt. No. 33, and a request for an after-the-fact extension of her deadline to amend her complaint as of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Dkt. No. 34.

The Court grants Plaintiff's request for an extension. The Court thus accepts Plaintiff's second amended complaint, Dkt. No. 33, as an amendment in response to Defendants' motion to dismiss. Accordingly, the Court denies Defendants' pending motion to dismiss as moot. Therefore, Plaintiff's additional request that the Court grant her additional time to file a brief in opposition to the motion to dismiss is also denied as moot. The Court will also not consider any additional amended complaint from Plaintiff filed without leave of Court.

For the foregoing reasons, the Defendants' motion to dismiss, Dkt. No. 26, is DENIED AS MOOT. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The deadline for all Defendants who have been properly served to answer or otherwise respond to Plaintiff's second amended complaint, Dkt. No. 33, is September 2, 2026. The Clerk of

Court is directed to terminate the motion pending at Dkt. No. 26 and to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: July 28, 2026
New York, New York

GREGORY H. WOODS
United States District Judge